IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-CV-00574-WDM-MJW

JAMES A. TAYLOR,

    Plaintiff(s),

v.

JOE ORTIZ, et al.,

    Defendant(s).

**MINUTE ORDER**

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff's Motion for Court Order: Access to Court (docket no. 27) is **DENIED.** The Pro Se Incarcerated Plaintiff has failed to comply with the Federal Rules of Civil Procedure by serving a copy of such motion upon all defendants.

    Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure." ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

    The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court. ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

    It is not the proper function of the district court to assume the role of advocate for the pro se litigant. ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

    It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff shall file his response to the Defendants Joseph Ortiz, Barry Pardus, Chris Petrozzi, Don Lawson, Al Estep, Anita Bloor, Gary Watkins, John Suthers, John Bloor and Joseph McGarry's Motion to Dismiss (docket no. 29-1) on or before **July 20, 2005.**

Date:   June 30, 2005