IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-CV-00574-WDM-MJW

JAMES A. TAYLOR,

    Plaintiff(s),

v.

JOE ORTIZ, et al.,

    Defendant(s).

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby **ORDERED** that the Motion to Strike Plaintiff's August 26, 2005, "Response to Motion to Dismiss" from Defendants Joseph Ortiz, Barry Pardus, Chris Petrozzi, Don Lawson, Al Estep, Anita Bloor, Gary Watkins, John Suthers, John Bloor and Joseph McGarry, which was filed on September 6, 2005 (Docket No. 50), is granted, and thus Docket No. 49, Plaintiff's Sur-reply, is hereby stricken.  It is further

    **ORDERED** that the Plaintiff's Motion Requesting Permission to file Sur-Reply, which was filed on September 15, 2005 (Docket No. 52), is denied.

Date:   September 20, 2005