IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-WDM-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

---

**MINUTE ORDER**

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Plaintiff's Motion to Strike Defendants [sic] Renewed Motion to Dismiss, which was filed on April 6, 2006 (Docket No. 73), is denied as there is no basis in law or in fact for striking such motion.

Date: April 7, 2006