IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-WDM-MJW

JAMES A. TAYLOR,

      Plaintiff,

v.

JOE ORTIZ, et al.,

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Motion to Strike Minute Order as Void (Docket No. 108) is denied.  Plaintiff's Motion for Extension of Time to File a Motion to Alter Amend Judgment (Docket No. 104), like the instant motion, was referred to Magistrate Judge Watanabe for ruling by Judge Miller (Docket No. 105).

Date: October 12, 2007