IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-WDM-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** the Plaintiff's Motion Requesting Response to Prior Plaintiff's Motion to Alter or Amend Judgment Issue (Docket No. 111) is denied. This court's Minute Order of October 1, 2007 (Docket No. 106), stands as the order of the court with respect to the Plaintiff's Motion for Extension of Time to File A Motion to Alter or Amend Judgment (Docket No. 104). As stated in that Minute Order, no judgment has been entered yet. Furthermore, Rule 6(b) of the Federal Rules of Civil Procedure, which authorizes district courts to extend various time limits under the rules, specifically excludes from that list any action taken under Rule 59(e). Allender v. Raytheon Aircraft Co., 439 F.3d 1236, 1240 (10th Cir. 2006). It is further

    **ORDERED** that the Plaintiff's Motion for Extension of Time to File Reply to Defendants' Answer (Docket No. 112) is denied. No such Reply/Response to the Answer (Docket No. 107) is required. Contrary to plaintiff's assertions, no counterclaims are contained in the Answer, and the Answer is not a motion to dismiss or a motion for summary judgment and will not be construed as such.

Date: December 6, 2007