IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-WDM-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Unopposed Motion to Vacate Scheduling/Planning Conference (document 124) is GRANTED. The Scheduling Conference set for April 14, 2008, at 9:00 a.m. is vacated.

Date: March 26, 2008