IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the plaintiff's Motion Requesting Issuing Notification to the Faculty of Federal Advocates' Counsel/Co-Counsel Program (Docket No. 139) is granted to the extent that the Clerk of the Court shall contact the responsible Committee chairperson at the Faculty of Federal Advocates about this court's Order Regarding Plaintiff's Motion for Appointment of Counsel issued on March 10, 2008 (Docket No. 123).

Date: January 21, 2009