IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Defendants' Motion for Protective Order Regarding Plaintiff's Service of Interrogatories and Requests for Production of Documents Dated January 16, 2009 (Docket No. 142) is **GRANTED.** Defendants are correct that each side in this case is limited to 25 interrogatories and 25 requests for production without leave of court. (See Docket No. 132 at 2, Courtroom Minutes/Minute Order of Scheduling Conference conducted on September 22, 2008). Therefore, defendants need not respond to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants which exceeds the permitted number of interrogatories and requests for production. Plaintiff shall propound no more than 25 interrogatories and 25 requests for production in total in this case. This court's order does not permit plaintiff to propound 25 interrogatories and 25 requests for production to each of the named defendants.

Date: March 5, 2009