IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Defendants' Motion for Order Allowing the Deposition of Plaintiff James Taylor Pursuant to Fed. R. Civ. P. 30(a)(2) (Docket No. 148) is granted, and counsel for defendants shall thus be permitted to take plaintiff's deposition on April 1, 2009, or on whatever other date arranged by the parties, at the correctional facility in which plaintiff is being housed.

Date: March 18, 2009