IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Motion to Vacate Final Pretrial Conference, (Docket No. 165) is GRANTED.   The Final Pretrial Conference and the Settlement Conference set on July 27, 2009, at 9:30 a.m. are VACATED.

Date: July 21, 2009