IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Plaintiff's Motion for Permission to Serve on Defendant's a Request for Supplementation of Disclosures and Responses **(Docket No. 159)** is **denied** substantially for the reasons stated in Defendant's Response (Docket No. 163). Significantly, defense counsel advises in the Response that he has reviewed the responses to plaintiff's Requests for Admission and still believes that the answers provided are as complete as possible considering the requests. (See Docket No. 163 at 3, ¶ 12). Therefore, allowing plaintiff to serve a request for supplementation of such responses would be futile.

Date: July 27, 2009