IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00574-PAB-MJW

JAMES A. TAYLOR,

    Plaintiff,

v.

JOE ORTIZ,
MR. SUTTON,
AL ESTEP,
GARY WATKINS,
MR. SOARES,
JOSEPH McGARRY,
BARRY PARDUS,
DON LAWSON,
JOHN H. BLOOR,
MR. PETROZZI, and
ANITA BLOOR,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Plaintiff's Request for Notification to LCF Casemanager (Docket No. 212) is granted to the extent that defense counsel shall forthwith send a copy of the Notice of Bill of Costs Hearing Reset to September 21, 2010 (Docket No. 211) to plaintiff's case manager at Limon Correctional Facility and file a certificate of service with the court.

Date: September 13, 2010